## 48631. ROBERTS v. CROSSWELL.

QUILLIAN, Judge. The enumerations of error in the case sub judice are: (1) the verdict was not supported by the evidence; (2) the court erred in applying the law to the facts as presented. Since there is no transcript of the evidence filed or transmitted to this court, there is no question presented by the appeal upon which this court can pass.

*Judgment affirmed. Bell, C. J., and Deen, J., concur.*

SUBMITTED OCTOBER 1, 1973 — DECIDED NOVEMBER 2, 1973.

*Wyatt & Zagoria, J. O. Wyatt, Jr.,* for appellant.

*Ariel V. Conlin,* for appellee.

## 48690. ARMSTRONG v. THE STATE.

QUILLIAN, Judge. The defendant appeals from a sentence for burglary and revocation of his probation. From a review of the record, it appears that the evidence was sufficient to sustain the judgment rendered. No error of law appearing, the judgment must be affirmed.

*Judgment affirmed. Bell, C. J., and Deen, J., concur.*

SUBMITTED OCTOBER 2, 1973 — DECIDED NOVEMBER 2, 1973.

Gary J. Armstrong, *pro se.*